In the Matter of LEW ROSENBERG et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 17, 1946; decided August 17, 1946.

*Samuel Cooperman* and *Irving Maness* for appellants.

*Abraham J. Multer* for Alfred A. Lama, respondent.

*John J. Bennett, Corporation Counsel* (*Russell L. Tarbox* of counsel), for Board of Elections.

Order affirmed, without costs, on the authority of *Matter of King* v. *Cohen* (293 N. Y. 435). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.